**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| CATHRYN KRIENEN, | § | No. 4:14-cv-1349 |
| Plaintiff, | § | |
| v. | § | |
| GC SERVICES, LP, | § | |
| Defendant. | § | |

## PLAINTIFF'S COMPLAINT

CATHRYN KRIENEN (Plaintiff), through her attorneys, KROHN & MOSS, LTD., alleges the following against GC SERVICES, LP (Defendant):

### INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 *et seq.* (FDCPA).

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

### JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant conducts business in the state of Texas, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

6. Plaintiff is a natural person residing in New Castle, New Castle County, Delaware.

7. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

8. Defendant is an alleged debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

9. Defendant is a national debt collection company with its main office located in Houston, Texas and it conducts business in Texas.

## FACTUAL ALLEGATIONS

10. In or around April of 2014, Defendant placed collection calls to Plaintiff seeking and demanding payment for an alleged consumer debt.

11. Plaintiff's alleged debt arises from transactions for personal, family, and household purposes.

12. Defendant called Plaintiff's telephone number at 302-322-02XX.

13. In or around April of 2014, Defendant called Plaintiff and left a voicemail message. *See* transcribed voicemail message attached hereto as Exhibit A.

14. In the voicemail message, Defendant failed to meaningfully disclose the company's name, failed to state that the call was being placed by a debt collector, and failed to state that the call was being placed to collect an alleged debt. *See* Exhibit A.

15. In the voicemail message, Defendant directed Plaintiff to call back telephone number 866-749-7274, extension 6029, which is a number that belongs to Defendant. *See* Exhibit A.

16. Defendant is using false, deceptive and misleading means in connection with attempting to collect a debt by not identifying the purpose of its phone calls or that they are an attempt to collect a debt.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

17. Defendant violated the FDCPA based on the following:

    a. Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse Plaintiff;

    b. Defendant violated §1692d(6) of the FDCPA by placing collection calls to Plaintiff without meaningful disclosure of the caller's identity.

    c. Defendant violated § 1692e of the FDCPA by using false, deceptive or misleading representations or means in connection with the collection of the debt;

    d. Defendant violated § 1692e(10) of the FDCPA by using deceptive means in an attempt to collect a debt;

    e. Defendant violated § 1692e(11) of the FDCPA by failing to disclose in its communications with Plaintiff that the communication was from a debt collector.

WHEREFORE, Plaintiff, CATHRYN KRIENEN, respectfully requests judgment be entered against Defendant, GC SERVICES, LP, for the following:

18. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k,

19. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k

20. Any other relief that this Honorable Court deems appropriate.

                                                      RESPECTFULLY SUBMITTED,

Dated: May 15, 2014          By:s/ Ryan S. Lee
                                                Ryan S. Lee
                                                Krohn & Moss, Ltd
                                                10474 Santa Monica Blvd.
                                                Suite 405
                                                Los Angeles, CA 90025
                                                (323) 988-2400 x241
                                                (866) 861-1390 (fax)
                                                Email: rlee@consumerlawcenter.com